IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE MARIA FLORES | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-00918-LO-TCB |
| EUROPEAN SPORT HORSES OF AMERICA, INC., *et al.* | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jose Maria Flores, Defendant European Sport Horses of America, Inc. d/b/a American Academy of Equestrian Sciences ("AAES") and Defendant Marina Genn, by counsel, by and through counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a), in the above-captioned matter. The parties have agreed to this Joint Stipulation and respectfully request that this Court issue an Order dismissing with prejudice Plaintiff's Complaint.

Date: March 15, 2017

/s/
Katherine Martell, Esq. VSB 77027
10615 Judicial Drive, Suite 101
Fairfax, VA 22030
Phone (703) 385-6868
Fax (703) 385-7009
kmartell@firstpointlaw.com
*Counsel for Plaintiff*

/s/
Steven W. Ray, Va. Bar No. 32320
Micah E. Ticatch, Va. Bar No. 83351
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
sray@islerdare.com
mticatch@islerdare.com
*Counsel for Defendants*

So Ordered:
/s/
James C. Cacheris
United States District Judge